## Feng CUI, Petitioner,

v.

## Eric H. HOLDER, Jr., Attorney General, Respondent.

### No. 09–72721.

United States Court of Appeals, Ninth Circuit.

Submitted April 20, 2011.*

Filed April 28, 2011.

Feng Cui, Monterey Park, CA, pro se.

Gerald Alexander, William Clark Minick, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: RYMER, THOMAS, and PAEZ, Circuit Judges.

## MEMORANDUM **

Feng Cui, a native and citizen of China, petitions pro se for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's denial of his motion to reopen proceedings held in absentia. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Hamazaspyan v. Holder*, 590 F.3d 744, 747 (9th Cir.2009), and we deny the petition for review.

The agency did not abuse its discretion by denying Cui's motion to reopen because it considered the evidence Cui submitted and acted within its broad discretion in determining that the evidence was insufficient to warrant reopening. *See Singh v. INS*, 295 F.3d 1037, 1039 (9th Cir.2002) (BIA's denial of a motion to reopen shall be reversed if it is "arbitrary, irrational, and contrary to law").

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.